STATE OF MAINE
PENOBSCOT, SS.

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-04-218

Rosalie Countryman,
Plaintiff

v.

Kmart,
Defendant

FILED & ENTERED
SUPERIOR COURT

FEB 1 1 2005

PENOBSCOT COUNTY

Order (Motion to Dismiss)

The defendant has filed a motion to dismiss the complaint, arguing that the claim is barred by the terms of an order issued in a bankruptcy proceeding affecting the defendant. A motion to dismiss ordinarily tests only the sufficiency of a complaint. *See McAfee v. Cole*, 637 A.2d 463, 465 (Me. 1994). Bankruptcy is an affirmative defense of avoidance, *see* M.R.Civ.P. 8(c), on which the defendant bears the burden of proof. The defendant and, in response, the plaintiff have filed extrinsic material that goes beyond the record that defines the analytical scope of a motion to dismiss. Whether the motion at bar is viewed as a motion to dismiss or a motion for summary judgment, *see* M.R.Civ.P. 12(b) (a motion to dismiss may be converted into one for summary judgment), it must be denied. First, if the motion is a motion to dismiss, the pleadings to not establish that the plaintiff is precluded from recovery on her claim. Second, if it is a motion for summary judgment, and even if the record created by the parties is a proper one to consider the factual assertions they make, that record reveals a genuine issue of material fact on the question of whether the plaintiff, through counsel, received notice of any filing requirements.

The entry shall be:

The defendant's motion to dismiss is denied.

Dated: February 11, 2005

Justice, Maine Superior Court
Jeffrey L. Hjelm

ROSALIE COUNTRYMAN VS KMART

12/21/2004 Party(s): ROSALIE COUNTRYMAN
            OTHER FILING - OPPOSING MEMORANDUM FILED ON 12/21/2004
            PLAINTIFF'S OBJECTION TO MOTION TO DISMISS WITH EXHIBIT 1-2.

02/11/2005 ORDER - COURT ORDER ENTERED ON 02/10/2005
            ANDREW M MEAD , JUSTICE
            DEFT. MOTION TO DISMISS IS HEREBY DENIED. COPIES TO ATTYS. OF RECORD.

02/11/2005 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 02/11/2005
            DEFT. MOTION TO DISMISS IS HEREBY DENIED. COPIES TO ATTYS. OF RECORD.

A TRUE COPY
ATTEST:
            Clerk